**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02523-REB-BNB

DENISE PINKARD,

    Plaintiff,

v.

AMGEN, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#23], filed February 4, 2009. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#23], filed February 4, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 4, 2009, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Bob Blackburn*
                        Robert E. Blackburn
                        United States District Judge